1   Janine C. Prupas, Bar No. 9156
    SNELL & WILMER L.L.P.
2   50 West Liberty Street, Suite 510
    Reno, Nevada 89501
3   Telephone: 775-785-5440
    Facsimile: 775-785-5441
4   Email: jprupas@swlaw.com

5   *Attorneys for Defendants*
    *RNO Exhibitions, LLC and Vincent Webb*

6

7                      UNITED STATES DISTRICT COURT

8                            DISTRICT OF NEVADA

9

10  DOUGLAS CODER & LINDA CODER
    FAMILY LLLP,                              Case No.   3:19-cv-00520

11                 Plaintiffs,

12  v.                                        **STIPULATION AND ORDER FOR
                                              EXTENSION OF TIME TO RESPOND
13  RNO EXHIBITIONS, LLC, a Nevada limited    TO COMPLAINT**
    liability company; and VINCENT WEBB, an
14  individual,                               **(FIRST REQUEST)**

15                 Defendants.

16

17          Plaintiff Douglas Coder & Linda Coder Family LLLP and Defendants RNO Exhibitions,

18  LLC and Vincent Webb, stipulate and agree that Defendants have up to and including

19  Wednesday, October 9, 2019 to respond to Plaintiff's Complaint (Doc. No. 1). Defendants'

20  response to Plaintiff's Complaint is currently due Wednesday, September 18, 2019.

21          This is the first request for extension of time.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1    Dated this 17th day of September, 2019.

2

3    KAEMPFER CROWELL                      SNELL & WILMER L.L.P.

4
     By: /s/ Alex J. Flangas               By: /s/ Janine C. Prupas
5        Alex J. Flangas, No. 664              Janine C. Prupas, No. 9156
         50 West Liberty Street, Suite 700     50 West Liberty Street, Suite 510
6        Reno, Nevada 89501                    Reno, Nevada  89501

7        *Attorneys for Plaintiff*             *Attorneys for Defendants*
         *Douglas Coder & Linda Coder*         *RNO Exhibitions, LLC and Vincent Webb*
8        *Family LLLP*

9

10       IT IS SO ORDERED.

11                                          _____
12                                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28