Alex J. Flangas
Nevada Bar No. 664
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: aflangas@kcnvlaw.com

*Attorney for Plaintiffs*
*Douglas Coder and Linda Coder*
*Family LLLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | 3:19-cv-00520<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR MORE DIFINITIVE STATEMENT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Douglas Coder & Linda Coder Family LLLP and Defendants RNO Exhibitions, LLC and Vincent Webb, stipulate and agree that Plaintiffs have up to and including Tuesday November 12, 2019, to respond to Defendants' Motion To Dismiss and Motion For More Definitive Answer due Wednesday October 23, 2019.

Plaintiff's counsel, Alex Flangas, just completed a two week administrative hearing that requires briefing be worked on during this same time frame, Mr. Flangas is scheduled to attend a motion hearing out of town on October 21, 2019, in another matter that requires advance preparation, Mr. Flangas has written conference materials due for publication for a water law conference in which he is one of the presenters and the written materials are due during the same week – October 21-25, 2019, and Mr. Flangas is preparing major production of documents in a

case that has been pending for nearly three years and such production is due during the second week of November, 2019, and Mr. Flangas and his staff have been working on reviewing and assembling this documentation. In addition, Mr. Flangas only recently joined the law firm of Kaempfer Crowell (officially September 1, 2019), and he is diligently working to merge his files with the new firm, and this extension will allow him some additional time to facilitate that merger and to manage ongoing commitments, while still allowing sufficient time to respond properly to the motions made by Defendants.

Finally, the parties acknowledge that Mr. Flangas did extend additional time to Defendants' counsel to respond to the Complaint initially when that request was made of him, and the extension requested here would not prejudice any of the parties to this action.

This is the first request for extension of time for a response to the Motions filed by Defendants.

DATED October 16, 2019

| SNELL & WILMER, L.L.P. | KAEMPFER CROWELL |
|---|---|
| By: /s/ Janine C. Prupas<br>Janine C. Prupas<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br><br>*Attorneys for Defendants*<br>*RNO Exhibitions, LLC and Vincent Webb* | By: /s/ Alex J. Flangas<br>ALEX J. FLANGAS<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501<br><br>*Attorney for Plaintiffs*<br>*Douglas Coder and Linda Coder*<br>*Family LLLP* |

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE
DATED: October 18, 2019