Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jprupas@swlaw.com

*Attorneys for Defendants*
*RNO Exhibitions, LLC and Vincent Webb*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | Case No. 3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Douglas Coder & Linda Coder Family LLLP and Defendants RNO Exhibitions, LLC and Vincent Webb, stipulate and agree that Defendants have up to and including Friday, November 22, 2019 to respond to Plaintiff's Opposition to Defendants' Motion to Dismiss and Motion for More Definite Statement (Doc. No. 18). Defendants' response is currently due Tuesday, November 19, 2019. Defense counsel requires this additional time to respond to Plaintiff's Opposition due to multiple conflicting deadlines this week and believes this extension will not prejudice any of the parties to this action.

This is the first request for extension of time.

/ /

/ /

Dated this 18th day of November, 2019.

KAEMPFER CROWELL                    SNELL & WILMER L.L.P.

By: /s/ Alex J. Flangas              By: /s/ Janine C. Prupas
    Alex J. Flangas, No. 664             Janine C. Prupas, No. 9156
    50 West Liberty Street, Suite 700    50 West Liberty Street, Suite 510
    Reno, Nevada 89501                   Reno, Nevada 89501

*Attorneys for Plaintiff*             *Attorneys for Defendants*
*Douglas Coder & Linda Coder*         *RNO Exhibitions, LLC and Vincent Webb*
*Family LLLP*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: November 18, 2019