Janine C. Prupas, Bar No. 9156
Kiah D. Beverly-Graham, Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: jprupas@swlaw.com

kbeverly@swlaw.com

*Attorneys for Defendants*
*RNO Exhibitions, LLC and Vincent Webb*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOUGLAS CODER & LINDA CODER
FAMILY LLLP,

        Plaintiffs,

v.

RNO EXHIBITIONS, LLC, a Nevada limited
liability company; and VINCENT WEBB, an
individual,

        Defendants.

Case No.    3:19-cv-00520-MMD-CLB

**STIPULATION AND ORDER FOR
FILING OF PLAINTIFF'S FIRST
AMENDED COMPLAINT AND
WITHDRAWAL OF DEFENDANT'S
PENDING MOTION TO DISMISS**

**(FIRST REQUEST)**

Plaintiff Douglas Coder & Linda Coder Family LLLP and Defendants RNO Exhibitions, LLC and Vincent Webb, hereby stipulate and agree as follows:

1.  Plaintiff may file its proposed First Amended Complaint (the "FAC") in the form annexed as Exhibit 1 to its Motion for Leave to Amend Its Complaint, dated January 7, 2020 (ECF No. 29) (the "Motion to Amend").

2.  The Motion to Amend is withdrawn as moot.

3.  Defendants may answer Plaintiff's FAC, or otherwise move, within 30 days of the filing of the FAC.

4.  Upon the filing of the FAC, Defendants' Motion to Dismiss and Motion for a More Definite Statement, dated October 9, 2019 (ECF No. 10) will be withdrawn as moot, without prejudice to Defendants' right to file a new Motion to Dismiss and/or Motion for a More

Definite Statement against the FAC or any subsequent pleading.

This is the first request for the relief sought herein, and it is not made for any improper or dilatory purpose. The parties agree that no party will be prejudiced by the relief sought herein.

Dated this 17th day of April, 2020.

Dated this 17th day of April, 2020.

KAEMPFER CROWELL

SNELL & WILMER L.L.P.

By: /s/ Alex J. Flangas
   Alex J. Flangas, No. 664
   50 West Liberty Street, Suite 700
   Reno, Nevada 89501

*Attorneys for Plaintiff*
*Douglas Coder & Linda Coder*
*Family LLLP*

By: /s/ Kiah D. Beverly-Graham
   Janine C. Prupas, No. 9156
   Kiah D. Beverly-Graham, No. 11916
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501

*Attorneys for Defendants*
*RNO Exhibitions, LLC and Vincent Webb*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: April 20, 2020

- 2 -