Alex J. Flangas
Nevada Bar No. 664
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada  89501
Telephone:  (775) 852-3900
Facsimile:  (775) 327-2011
Email:  aflangas@kcnvlaw.com

Ryan W. Daniels
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Ste 650
Las Vegas, NV 89135-2958
Telephone:  (702)792-7000
Facsimile:  (702)796-7181
Email:  rdaniels@kcnvlaw.com

*Attorneys for Plaintiffs Douglas Coder and Linda Coder Family LLLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP, <br><br> Plaintiff, <br><br> v. <br><br> RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual, <br><br> Defendants. | Case No.   3:19-cv-00520-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR CODER TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Douglas Coder and Linda Coder Family LLLP ("Coder") and Defendants RNO Exhibitions, LLC and Vincent Webb, through their respective counsel, stipulate to extend Coder's deadline to respond to RNO Exhibitions' and Webb's motions to dismiss from June 3, 2020 to June 17, 2020. This is the first stipulation to extend the time to respond to RNO Exhibitions' and Webb's motions to dismiss. RNO Exhibitions and Webb filed their motions on May 20, 2020. ECF Nos. 42 and 43.  The reason for the extension is to provide

Coder's counsel additional time to adequately respond to both motions while meeting the sudden demands placed on counsel by other cases and obligations. The parties agree that the Defendants may have a reciprocal extension of their deadline to file replies in support of the motions if they determine that is necessary.

By this stipulation, the parties agree that Coder will have until June 17, 2020 to respond to RNO Exhibitions' motion to dismiss and Webb's motion to dismiss. This request is made in good faith and not for the purposes of delay.

DATED: June 1, 2020

KAEMPFER CROWELL

By: /s/ Alex J. Flangas
ALEX FLANGAS
Nevada Bar No. 664
RYAN W. DANIELS
Nevada Bar No. 13094
50 West Liberty Street, Suite 700
Reno, NV 89501
1980 Festival Plaza Drive, Ste. 650
Las Vegas, NV  89135

**Attorneys for Plaintiff**

SNELL & WILMER L.L.P.

By: /s/ Kiah D. Beverly-Graham
JANINE C. PRUPAS
Nevada Bar No. 9156
KIAH D. BEVERLY-GRAHAM
Nevada Bar No. 11916
50 West Liberty Street, Suite 510
Reno, NV 89501

**Attorneys for Defendants**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 2, 2020