Janine C. Prupas, Bar No. 9156
Kiah D. Beverly-Graham, Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jprupas@swlaw.com

*Attorneys for Defendants*
*RNO Exhibitions, LLC and Vincent Webb*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | Case No.   3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Douglas Coder & Linda Coder Family LLLP and Defendants RNO Exhibitions, LLC and Vincent Webb, stipulate and agree that Defendants' deadlines to file their Replies in support of their Motions to Dismiss the Amended Complaint (both filed May 20, 2020, ECF Nos. 42 and 43) are extended from June 24, 2020 through July 8, 2020.

The reason for this extension is that Defense counsel requires additional time to further analyze the issues raised by Plaintiffs' papers in opposition to the Motions and to prepare the necessary replies. This request is not made for any improper purpose, and the Parties agree that the extension will not prejudice any Party.

This is the first request for extension of these deadlines.

/ /

Dated: June 24, 2020

KAEMPFER CROWELL

By: /s/ Ryan W. Daniels
    Alex J. Flangas, No. 664
    Ryan W. Daniels, No. 13094
    50 West Liberty Street, Suite 700
    Reno, Nevada 89501

    *Attorneys for Plaintiff*
    *Douglas Coder & Linda Coder*
    *Family LLLP*

SNELL & WILMER L.L.P.

By: /s/ Kiah D. Beverly-Graham
    Janine C. Prupas, No. 9156
    Kiah D. Beverly-Graham, No. 11916
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501

    *Attorneys for Defendants*
    *RNO Exhibitions, LLC and Vincent Webb*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED:     June 24, 2020