Alex J. Flangas
Nevada Bar No. 664
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: aflangas@kcnvlaw.com

Ryan W. Daniels
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Ste 650
Las Vegas, NV 89135-2958
Telephone: (702)792-7000
Facsimile: (702)796-7181
Email: rdaniels@kcnvlaw.com

*Attorneys for Plaintiffs Douglas Coder and Linda Coder Family LLLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiff,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | Case No.   3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

Plaintiff Douglas Coder and Linda Coder Family LLLP ("Coder") and Defendants RNO Exhibitions, LLC and Vincent Webb, through their respective counsel, stipulate to stay the proceedings until an order is entered by the Court on RNO Exhibitions' and Webb's Motions to Dismiss Plaintiff's First Amended Complaint. RNO Exhibitions and Webb filed their motions on May 20, 2020, ECF Nos. 42 and 43. Coder filed their oppositions on June 17, 2020, ECF Nos. 46 and 47. RNO Exhibitions and Webb filed their replies on July 8, 2020, ECF Nos. 52 and 53.

The parties make this request with knowledge of the fact that certain discovery deadlines and other scheduling order deadlines are approaching and defendants are not yet required to file an answer or affirmative defenses, and depending on the outcome of the motions might not be required to do so. Because the outcome of the motions may significantly affect the scope of discovery, the parties agree the most efficient use of their, and the Court's, resources is to stay the action until after the motions are resolved. This constitutes good cause to stay the action. The parties further stipulate that in the event an order issues denying the motions and directing an answer be filed, the parties will confer and submit a new proposed scheduling order with appropriate deadlines for discovery and dispositive motions for this Court's consideration and approval within 10 judicial days of the filing of an answer by any of the answering defendants.

This request is made in good faith and not for the purposes of delay.

DATED: September 28, 2020

| KAEMPFER CROWELL | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Alex J. Flangas<br>ALEX FLANGAS<br>Nevada Bar No. 664<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>50 West Liberty Street, Suite 700<br>Reno, NV 89501<br>1980 Festival Plaza Drive, Ste. 650<br>Las Vegas, NV  89135<br><br>**Attorneys for Plaintiff** | By: /s/ Kiah D. Beverly-Graham<br>JANINE C. PRUPAS<br>Nevada Bar No. 9156<br>KIAH D. BEVERLY-GRAHAM<br>Nevada Bar No. 11916<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501<br><br>**Attorneys for Defendants** |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   September 29, 2020