Janine C. Prupas, Bar No. 9156
Kiah D. Beverly-Graham, Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: jprupas@swlaw.com
       kbeverly@swlaw.com

Stephen J. Joncus, *Admitted Pro Hac Vice*
JONCUS LAW P.C.
13203 SE 172nd Ave. Ste 166 #344
Happy Valley, Oregon 97086
Telephone: 971-236-1200
Facsimile: 971-244-7997
Email: steve@joncus.net

*Attorneys for Defendants*
*RNO Exhibitions LLC and Vincent Webb*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOUGLAS CODER & LINDA CODER
FAMILY LLLP,

                Plaintiffs,

v.

RNO EXHIBITIONS, LLC, a Nevada limited
liability company; and VINCENT WEBB, an
individual,

                Defendants.

Case No.    3:19-cv-00520-MMD-CLB

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO OCTOBER 30, 2020**

**(FIRST REQUEST)**

      Pursuant to Local Rule 7-1, Plaintiffs Douglas Coder & Linda Coder Family LLLP ("Plaintiffs") and Defendants RNO Exhibitions, LLC and Vincent Webb ("Defendants", and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

      Plaintiff filed and served an Amended Complaint on April 20, 2020 (ECF No. 37) (the "FAC");

1  Defendants timely filed Motions to Dismiss the FAC on May 20, 2020 (ECF Nos. 42 and

2  43);

3  On October 9, 2020, the Court entered an Order granting in part and denying in part the

4  Motions to Dismiss (ECF No. 56);

5  Defendants' deadline to respond to the FAC's surviving allegations is October 23, 2020;

6  and

7  This is the Parties' first request for an extension of time to respond to the FAC and is not

8  intended to cause any delay or prejudice to any party. The reason for the extension is to give

9  Defendants time to evaluate and respond to the allegations set forth in the FAC.

10  IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time

11  for Defendants to respond to the FAC in this action is extended to and through October 30, 2020.

12  Dated: October 21, 2020                          Dated: October 21, 2020

13  **KAEMPFER CROWELL**                             **SNELL & WILMER L.L.P.**

14

15  By: */s/ Alex J. Flangas (with permission)*      By: *Kiah D. Beverly-Graham*
    Alex J. Flangas, Esq. NV Bar 664                     Janine C. Prupas, No. 9156
16  50 W Liberty St., Suite 700                          Kiah D. Beverly-Graham, No. 11916
    Reno, NV 89501                                       50 West Liberty Street, Suite 510
17                                                       Reno, Nevada  89501
    *Attorneys for Plaintiffs Douglas Coder &*
18  *Linda Coder Family LLLP*
                                                         Stephen J. Joncus
19                                                       *Admitted Pro Hac Vice*
                                                         JONCUS LAW P.C.
20                                                       13203 SE 172nd Ave Ste 166 #344
                                                         Happy Valley, Oregon 97086
21                                                       *Attorneys for Defendants*
                                                         *RNO Exhibitions LLC and Vincent Webb*
22

23

24                                                  **ORDER**

25                                                  IT IS SO ORDERED:

26

27                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
28  DATED:  __October 21, 2020__

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada  89501
775/785-5440

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO OCTOBER 30, 2020 (FIRST REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: October 21, 2020

By ___/s/ *Lara J. Taylor*_____
An employee of Snell & Wilmer L.L.P.

- 3 -