Janine C. Prupas, Bar No. 9156
Kiah D. Beverly-Graham, Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: jprupas@swlaw.com
         kbeverly@swlaw.com

Stephen J. Joncus, *Admitted Pro Hac Vice*
JONCUS LAW P.C.
13203 SE 172nd Ave. Ste 166 #344
Happy Valley, Oregon 97086
Telephone: 971-236-1200
Facsimile: 971-244-7997
Email: steve@joncus.net

*Attorneys for Defendants*
*RNO Exhibitions LLC and Vincent Webb*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants.<br>_____<br>RNO EXHIBITIONS LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SCOTT CODER, and CODER CONSULTING TEAM, LLC,<br><br>Third-Party Defendants. | Case No.   3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO THIRD-PARTY COMPLAINT TO DECEMBER 8, 2020**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and II 7-1, Plaintiff Douglas Coder & Linda Coder Family LLLP; Defendants RNO Exhibitions, LLC ("RNO") and Vincent Webb (together with RNO "Defendants"); and Third-Party Defendants Scott Coder and Coder Consulting Team, LLC ("Coder Consulting") (collectively, Plaintiff, Defendants, and Third-Party Defendants are the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

RNO filed a Third-Party Complaint against Third-Party Defendants on October 30, 2020 (ECF No. 61) (the "TPC");

RNO served the TPC on Coder Consulting on November 9, 2020;

Counsel for Third-Party Defendant Scott Coder accepted service of the TPC effective as of November 17, 2020, and the Parties agree that good and effective service was made upon Scott Coder as of that date;

Counsel for Third-Party Defendants also represents Plaintiff in this action and received a copy of the TPC and associated Summonses on October 30, 2020 via the Court's ECF system;

The deadline for Coder Consulting to respond to the TPC is November 30, 2020, and the deadline for Scott Coder to respond is December 8, 2020;

The Parties agree that both Third-Party Defendants shall have until December 8 to respond to the TPC; and

This is the Parties' first request for an extension of time to respond to the TPC and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Third-Party Defendants time to evaluate and respond to the allegations set forth in the TPC.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that (i) good and effective service was effectuated upon Scott Coder on November 17, 2020 and (ii) the time for both Third-Party Defendants to respond to the TPC in this action is extended to and through December 8, 2020.

| | |
|---|---|
| Dated: November 30, 2020 | Dated: November 30, 2020 |
| **KAEMPFER CROWELL** | **SNELL & WILMER L.L.P.** |
| By: */s/ Sihomara Graves*<br>Alex Flangas, No. 664<br>Sihomara Graves, No. 13239<br>50 W Liberty St., Suite 700<br>Reno, NV 89501 | By: */s/ Kiah D. Beverly-Graham*<br>Janine C. Prupas, No. 9156<br>Kiah D. Beverly-Graham, No. 11916<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff and Third-Party Defendants* | Stephen J. Joncus<br>*Admitted Pro Hac Vice*<br>JONCUS LAW P.C.<br>13203 SE 172nd Ave Ste 166 #344<br>Happy Valley, Oregon 97086<br>*Attorneys for Defendants and Third-Party Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2020

- 3 -