Janine C. Prupas, Bar No. 9156
Wayne Klomp, Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: jprupas@swlaw.com
       wklomp@swlaw.com

Stephen J. Joncus, *Admitted Pro Hac Vice*
JONCUS LAW P.C.
13203 SE 172nd Ave. Ste 166 #344
Happy Valley, Oregon 97086
Telephone: 971-236-1200
Facsimile: 971-244-7997
Email: steve@joncus.net

*Attorneys for Defendants and Third-Party*
*Plaintiffs RNO Exhibitions LLC and Vincent Webb*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>        Plaintiffs,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>        Defendants. | Case No.   3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO DISMISS RNO EXHIBITIONS LLC'S THIRD-PARTY COMPLAINT AGAINST SCOTT CODER AND CODER CONSULTING TEAM**<br><br>**(First Request)** |
| RNO EXHIBITIONS LLC,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>SCOTT CODER, and CODER CONSULTING TEAM, LLC,<br><br>        Third-Party Defendants. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

1    Pursuant to Local Rules IA 6-1 and II 7-1, Plaintiff Douglas Coder & Linda Coder Family
2    LLLP; Defendants RNO Exhibitions, LLC ("RNO") and Vincent Webb (together with RNO
3    "Defendants"); and Third-Party Defendants Scott Coder and Coder Consulting Team, LLC
4    ("Coder Consulting") (collectively, Plaintiff, Defendants, and Third-Party Defendants are the
5    "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation
6    and Proposed Order extending the time for Defendants to respond to the Third-Party Defendants
7    Motion to Strike, or in the Alternative, Motion to Dismiss RNO Exhibitions LLC's Third-Party
8    Complaint ("Motion to Strike") filed on December 8, 2020 (ECF No. 70).  Defendants' response
9    is currently due **December 22, 2020**.

10    The Parties agree that Defendants shall have until **January 5, 2021**, by which to respond
11    to the Motion to Strike.  This is the Parties' first request for an extension of time to respond to the
12    Motion to Strike, and is not intended to cause any delay or prejudice to any party.  Rather the
13    extension was requested and granted in good faith due to prior commitments of the Defendants
14    and their attorneys.

15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1    IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time

2  for Defendants to respond to the Motion to Strike in this action is extended to and through

3  **January 5, 2021**.

4

5  Dated: December 21, 2020                    Dated: December 21, 2020

6       **KAEMPFER CROWELL**                      **SNELL & WILMER L.L.P.**

7
   By:   /s/ Sihomara Graves                   By:   /s/ Wayne Klomp
8       Alex Flangas, No. 664                       Janine C. Prupas, No. 9156
        Sihomara Graves, No. 13239                  Wayne Klomp, No. 10109
9       50 W Liberty St., Suite 700                 50 West Liberty Street, Suite 510
        Reno, NV 89501                              Reno, Nevada  89501
10

11 *Attorneys for Plaintiff and Third-Party*        Stephen J. Joncus (*Admitted Pro Hac Vice*)
   *Defendants*                                     JONCUS LAW P.C.
12                                                  13203 SE 172nd Ave Ste 166 #344
                                                    Happy Valley, Oregon 97086
13                                                  *Attorneys for Defendants and Third-Party*
                                                    *Plaintiff*
14

15

16

17

18                                         **ORDER**

19       IT IS SO ORDERED:

20

21                                         _____
                                           UNITED STATES JUDGE
22                                         DATED: _December 21, 2020_

23

24

25

26

27

28