KAEMPFER CROWELL
Alex J. Flangas, No. 664
Sihomara L. Graves, No. 13239
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: aflangas@kcnvlaw.com
Email: sgraves@kcnvlaw.com

*Attorneys for Plaintiff Douglas Coder and Linda Coder Family LLLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | Case No. 3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO RESPOND TO DEFENDANT VINCENT WEBB'S MOTION FOR SUMMARY JUDGMENT, DEFENDANT RNO EXHIBITIONS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND PLAINTIFF DOUGLAS CODER & LINDA CODER FAMILY LLLP'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |
| RNO EXHIBITIONS LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SCOTT CODER, and CODER CONSULTING TEAM, LLC<br><br>Third-Party Defendants. | |

1    Pursuant to LR IA 6-1, Plaintiff Douglas Coder and Linda Coder Family LLLP (the "Coder Family") and Defendants RNO Exhibitions, LLC ("RNO") and Vincent Webb, stipulate to extend the time to respond to the Coder Family's Motion for Partial Summary Judgment (ECF No. 79), RNO's Motion for Partial Summary Judgment (ECF No. 77), and Vincent Webb's Motion for Partial Summary Judgment (ECF No. 78), all filed on May 28, 2021.  Responses to these motions are currently due June 18, 2021.

The parties agree to extend the time to respond to the above-referenced motions to **June 25, 2021**.  This is the parties' first request to extend the time to respond to the Coder Family's Motion for Partial Summary Judgment, RNO's Motion for Partial Summary Judgment, and Vincent Webb's Motion for Partial Summary Judgment and is not intended to cause any delay or prejudice to any party.  Rather, the extensions were requested in good faith due to prior commitments of the Coder Family and its attorneys.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time to respond to each of the following motions is extended to and through **June 25, 2021**:

1. Douglas Coder & Linda Coder Family LLLP's Motion for Partial Summary Judgment (ECF No. 79);
2. RNO Exhibitions LLC's Motion for Partial Summary Judgment (ECF No. 77); and
3. Vincent Webb's Motion for Summary Judgment.

| | |
|---|---|
| KAEMPFER CROWELL | SNELL & WILMER L.L.P. |
| /s/ [signature] | /s/ Stephen J. Joncus |
| Alex J. Flangas, No. 664<br>Sihomara L. Graves, No. 13239<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501 | Janine C. Prupas, No. 9156<br>Wayne Klomp, No. 10109<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff Douglas Coder and Linda Coder Family LLLP* | Stephen J. Joncus (*Pro Hac Vice*)<br>JONCUS LAW P.C.<br>13203 SE 172nd Ave., Ste 166 #344<br>Happy Valley, Oregon 97086<br><br>*Attorneys for Defendants RNO Exhibitions, LLC and Vincent Webb* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   June 17, 2021