1  Janine C. Prupas, Bar No. 9156
2  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
3  Reno, Nevada 89501
   Telephone: 775-785-5440
4  Facsimile: 775-785-5441
   Email: jprupas@swlaw.com
5
6  Stephen J. Joncus, *Pro Hac Vice*
   JONCUS LAW P.C.
7  13203 SE 172nd Ave. Ste 166 #344
   Happy Valley, Oregon 97086
8  Telephone: 971-236-1200
   Facsimile: 971-244-7997
9  Email: steve@joncus.net
10
   *Attorneys for Defendants*
11 *RNO Exhibitions, LLC and Vincent Webb*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiff,<br><br>v.<br><br>RNO EXHIBITIONS LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | Case No.   3:19-cv-00520-MMD-CLB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME**<br><br>**(First Request)** |

Defendants RNO Exhibitions LLC ("RNO"), Vincent Webb, and Plaintiff Douglas Coder and Linda Coder Family LLLP (the "Coder Family") stipulate to extend the time to file replies in support of RNO's Motion for Partial Summary Judgment (ECF No. 77), Vincent Webb's Motion for Partial Summary Judgment (ECF No. 78), and Coder Family's Motion for Partial Summary Judgment (ECF No. 79), all filed on May 28, 2021. The replies in support of these motions are currently due July 9, 2021.

The parties agree to extend the time to reply in support of the above-referenced motions to

July 16, 2021. This is the parties' first request to extend the time to reply to: RNO's Motion for Partial Summary Judgment, Vincent Webb's Motion for Partial Summary Judgment, and the Coder Family's Motion for Partial Summary Judgment, and is not intended to cause any delay or prejudice to any party. Rather, the extension was requested by counsel for Defendant who is on vacation due to his son's wedding on July 10, 2021.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time to file Replies in support of each of the following motions is extended to and through July 16, 2021:

1. RNO Exhibitions LLC's Motion for Partial Summary Judgment (ECF No. 77);
2. Vincent Webb's Motion for Summary Judgment (ECF 78); and
3. Douglas Coder & Linda Coder Family LLLP's Motion for Partial Summary Judgment (ECF No. 79);

Dated this 7th day of July, 2021.

| KAEMPFER CROWELL | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ *Sihomara L. Graves*<br>Alex J. Flangas, No. 664<br>Sihomara L. Graves, No. 13239<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501<br><br>*Attorneys for Plaintiff Douglas Coder and Linda Coder Family LLLP* | By: /s/ *Janine C. Prupas*<br>Janine C. Prupas, No. 9156<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br><br>Stephen J. Joncus<br>*Pro Hac Vice*<br>JONCUS LAW P.C.<br>13203 SE 172nd Ave Ste 166 #344<br>Happy Valley, Oregon 97086<br><br>*Attorneys for Defendants RNO Exhibitions LLC and Vincent Webb* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 7, 2021