L. Edward Humphrey, Esq., NSB 9066
Patrick O'Rourke, Esq., NSB 13557
**HUMPHREY LAW PLLC**
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel:    (775) 420-3500
Fax:    (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com

Stephen J. Joncus, *Pro Hac Vice*
**JONCUS LAW P.C.**
13203 SE 172nd Ave. Ste 166 #344
Happy Valley, Oregon 97086
Telephone:  971-236-1200
Facsimile:  971-244-7997

*Attorneys for Defendants,*
*RNO Exhibitions LLC and Vincent Webb*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>  Plaintiff,<br><br>vs.<br><br>RNO EXHIBITIONS LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>  Defendants. | Case No.: 3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL UNDER LR IA 11-6(c)** |

RNO Exhibitions LLC and Vincent Webb hereby authorize and consent to the substitution of L. Edward Humphrey, Esq. and Patrick O'Rourke, Esq. of Humphrey Law PLLC, at 201 West Liberty Street, Suite 350, Reno, NV 89501, (775) 420-3500, as Nevada counsel of record in the above captioned action, in place and stead of Janine C. Prupas, Esq. and Wayne

Klomp, Esq. of Snell & Wilmer L.L.P., 50 West Liberty Street, Suite 510, Reno, Nevada 89501, (775) 785-5440.

DATED: August 30, 2021.

**RNO EXHIBITIONS LLC**, a Nevada limited liability company,

By: Vincent L. Webb, its Manager.

By: Vincent L. Webb, individually

Janine C. Prupas, Esq. of Snell & Willer L.L.P. hereby agrees to the substitution of the law firm Humphrey Law PLLC as Nevada counsel for Defendants RNO Exhibitions LLC and Vincent Webb in the place and stead of the law firm of Snell & Wilmer L.L.P.

DATED: August 30, 2021.

**SNELL & WILMER, L.L.P.**

By: /s/ Janine C. Prupas
Janine C. Prupas, Esq., Bar No. 9156
Wayne Klomp, Esq., Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441

L. Edward Humphrey, Esq. and Patrick O'Rourke, Esq. of the law firm of Humphrey Law PLLC, hereby authorize and consent to the substitution of the law firm of Humphrey Law PLLC as Nevada counsel of record for Defendants RNO Exhibitions, LLC and Vincent Webb in the place and stead of stead of Janine C. Prupas, Esq. and Wayne Klomp, Esq. of Snell & Wilmer L.L.P., 50 West Liberty Street, Suite 510, Reno, Nevada 89501, (775) 785-5440.

DATED: August 30, 2021.

**HUMPHREY LAW PLLC**

By: */s/ L. Edward Humphrey*
L. Edward Humphrey, Esq.
Patrick S. O'Rourke, Esq.
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel:  (775) 420-3500
Fax: (775) 683-9917
*Attorneys for Defendants,*
*RNO Exhibitions LLC and Vincent Webb*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  August 31  , 2021.