L. Edward Humphrey, Esq., NSB 9066
Patrick O'Rourke, Esq., NSB 13557
HUMPHREY LAW PLLC
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com

Stephen J. Joncus, *Pro Hac Vice*
JONCUS LAW P.C.
13203 SE 172nd Ave. Ste 166 #344
Happy Valley, Oregon 97086
Telephone: 971-236-1200
Facsimile: 971-244-7997
Email: steve@joncus.net

*Attorneys for Defendants*
*RNO Exhibitions, LLC and Vincent Webb*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiff,<br><br>v.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants. | Case No.   3:19-cv-00520-MMD-CLB<br><br>**ORDER FOR EXTENTION OF TIME FOR THE PARTIES' JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Douglas Coder & Linda Coder Family LLLP and Defendants RNO Exhibitions, LLC and Vincent Webb, stipulate and to a one-week extension of time to submit the Joint Pretrial Order to June 16, 2022.

The Joint Pretrial Order is due June 9, 2022 pursuant to the Court's Order dated February 22, 2022 that referred this case to mediation, with the Joint Pretrial Order due 30 days later if the mediation was unsuccessful. The mediation on May 10, 2022 was unsuccessful, making June 9, the deadline for the Joint Pretrial Order.

The reason for this extension is the Defense counsel requires additional time to address the draft Joint Pretrial Order prepared by Plaintiffs and to prepare the necessary response. This request is not made of any improper purpose, and the Parties agree that the extension will not prejudice any Party.

This is the first request for extension of this deadline.

Dated this 9th day of June, 2022.

| KAEMPFER CROWELL | JONCUS LAW P.C. |
|---|---|
| By: /s/ Sihomara L. Graves<br>Alex J. Flangas, No. 664<br>Sihomara L. Graves, No. 13239<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501<br><br>*Attorneys for Plaintiff*<br>*Douglas Coder & Linda Coder*<br>*Family LLLP* | By: /s/ Stephen J. Joncus<br>Stephen J. Joncus, *Pro Hac Vice*<br>13203 SE 172nd Ave. Ste 166 #344<br>Happy Valley, Oregon 97086<br><br>L. Edward Humphrey, Esq.<br>Patrick S. O'Rourke, Esq.<br>201 West Liberty Street, Suite 350<br>Reno, Nevada 89501<br>Tel: (775) 420-3500<br>Fax: (775) 683-9917<br><br>*Attorneys for Defendants*<br>*RNO Exhibitions, LLC and Vincent Webb* |

**ORDER**

IT IS SO ORDERED.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE
DATED THIS 10th Day of June 2022.

- 2 -