KAEMPFER CROWELL
Alex J. Flangas, No. 664
Sihomara L. Graves, No. 13239
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: aflangas@kcnvlaw.com
Email: sgraves@kcnvlaw.com

*Attorneys for Plaintiff Douglas Coder and Linda Coder Family LLLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP,<br><br>Plaintiff,<br><br>vs.<br><br>RNO EXHIBITIONS, LLC, a Nevada limited liability company; and VINCENT WEBB, an individual,<br><br>Defendants.<br><br>RNO EXHIBITIONS LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SCOTT CODER, and CODER CONSULTING TEAM, LLC<br><br>Third-Party Defendants. | Case No. 3:19-cv-00520-MMD-CLB<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF DOUGLAS CODER & LINDA CODER FAMILY LLLP'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSUED EVIDENCE (ECF NO. 103)** |

Plaintiff Douglas Coder and Linda Coder Family LLLP (the "Coder Family") and Defendants RNO Exhibitions, LLC ("RNO") and Vincent Webb,

stipulate to withdraw Coder Family's Motion in Limine to Exclude Undisclosed Evidence (ECF No. 103) (the "Motion") without prejudice to re-filing at a later date if necessary.

The parties agree to withdraw the Motion because Defendants RNO and Mr. Webb have stipulated and agreed not to use the previously undisclosed evidence at trial.

| KAEMPFER CROWELL | JONCUS LAW P.C. |
|---|---|
| /s/ Sihomara L. Graves | /s/ Stephen J. Joncus |
| Alex J. Flangas, No. 664<br>Sihomara L. Graves, No. 13239<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501 | L. Edward Humphrey, No. 9066<br>Patrick O'Rouke, No. 13557<br>HUMPHREY LAW PLLC<br>201 West Liberty Street, Suite 350<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff Douglas Coder and Linda Coder Family LLLP* | Stephen J. Joncus (*Pro Hac Vice*)<br>13203 SE 172nd Ave., Ste 166 #344<br>Happy Valley, Oregon 97086 |
| | *Attorneys for Defendants RNO Exhibitions, LLC and Vincent Webb* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2023