AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DOUGLAS CODER & LINDA CODER FAMILY LLLP
    Plaintiff,

v.

RNO EXHIBITIONS, LLC ET AL

    Defendants.

JUDGMENT

Case Number:  3:19-CV-520-RCJ-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Plaintiff Douglas Coder & Linda Coder Family LLLP and against Defendants RNO Exhibitions LLC and Vincent Webb on the claims of intentional misrepresentation and alter ego.

**IT IS SO ORDERD**

Dated: Febuary 7,  2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE