**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP, | ) ) ) ) | |
| Plaintiff, | ) ) | Case Number 3:19-cv-00520-RCJ-CLB |
| v. | ) ) | **MINUTES OF COURT** |
| RNO EXHIBITIONS, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) ) | Date: February 6, 2023 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE**

Deputy Clerk: <u>Ashlyn Bye</u>    Court Reporter: <u>Kathy French</u>

Counsel for Plaintiff:    <u>Alex Flangas & Sihomara Graves</u>

Counsel for Defendant:    <u>Stephen Joncus & Louis Edward Humphrey</u>

**PROCEEDINGS: BENCH TRIAL (DAY ONE)**

At 11:21 a.m., the Court convenes.

On behalf of the Plaintiff, Mr. Flangas and Ms. Graves are present with Plaintiff's representative, Stephen Coder. Also present is Scott Coder.

On behalf of the Defendant, Mr. Joncus and Mr. Humphrey are present with Defendant Vincent Webb.

The Court and counsel discuss preliminary matters. Counsel advises the Court that they have stipulated to Plaintiff's Exhibits 1 through 56 and Defendant's Exhibits 500 through 526.

**IT IS ORDERED that Plaintiff's Exhibits 1 through 56 and Defendant's Exhibits 500 through 526 are received into evidence.**

Ms. Graves and Mr. Joncus present opening statements.

**DOUGLAS CODER & LINDA CODER FAMILY LLLP v. RNO EXHIBITIONS, LLC, *et al.*
3:19-cv-00520-RCJ-CLB**                                                                2

**STEPHEN CODER** is called on behalf of the Plaintiff and is sworn. Ms. Graves and Mr. Joncus examine the witness. The witness is released.

**SCOTT CODER** is called on behalf of the Plaintiff and is sworn. Ms. Graves examines the witness. The witness is released subject to recall.

At 12:57 p.m., the Court stands at recess.

At 2:03 p.m., the Court reconvenes. All parties are present.

**SCOTT CODER** resumes the witness stand and remains under oath. Ms. Graves and Mr. Joncus examine the witness. The witness is released subject to recall.

At 3:49 p.m., the Court stands at recess.

At 4:02 p.m., the Court reconvenes. All parties are present.

The Court and counsel discuss scheduling matters for the remainder of the day and for Tuesday, February 7th.

**SCOTT CODER** resumes the witness stand and remains under oath. Ms. Graves examines the witness. The witness is released.

**IT IS ORDERED that Bench Trial (Day Two) is continued to Tuesday, February 7, 2023, at 9:00 a.m. in Reno Courtroom 3 before District Judge Robert C. Jones.**

At 4:20 p.m., the Court adjourns.

Debra K. Kempi, Clerk of Court
By: _____/s/_____
      Ashlyn Bye, Deputy Clerk