AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DOUGLAS CODER & LINDA CODER FAMILY LLLP,

          Plaintiff,

v.

RNO EXHIBITIONS, LLC, *et al.*,

          Defendants.

**AMENDED JUDGMENT**

Case Number: 3:19-cv-00520-RCJ-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that, in accordance with the Court's Order (ECF No. 123), Judgment is hereby entered in favor of Plaintiff Douglas Coder & Linda Coder Family LLLP and against Defendants RNO Exhibitions LLC and Vincent Webb. Douglas Coder & Linda Coder Family LLLP is entitled to $691,186.16 in damages, including the damages for the intentional misrepresentation claim, punitive damages, and attorney's fees.

Date: 2/16/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*