AO 133 (NVD Rev. 04/2020) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| DOUGLAS CODER & LINDA CODER FAMILY LLLP<br>v.<br>RNO EXHIBITIONS, LLC, ET. AL. | Case No.: 3:19-cv-00520-RCJ-CLB |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/07/2023__ against __RNO Exhibitions, LLC & Vincent Webb__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | 65.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 1,684.35 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | 96.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| **TOTAL** | **$ 2,245.35** |

**SPECIAL NOTE:** Attach to your bill an itemization and documentation for requested costs in all categories.

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

A copy of this bill and attached documentation has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: *[signature]*
Name of Attorney: Alex J. Flangas

For: Plaintiff Douglas Coder & Linda Coder Family LLLP     Date: 02/15/2023
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of  $2,245.35 No objections filed. LR 54-1(d).  and included in the judgment.

DEBRA K. KEMPI     By: *[signature]* Deputy Clerk     04/06/2023
*Clerk of Court*                                          *Date*