AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DOUGLAS CODER & LINDA CODER FAMILY LLLP,
              Plaintiff,

v.

RNO EXHIBITIONS, LLC, *et al.*,

              Defendants.

**SECOND AMENDED JUDGMENT**

Case Number: 3:19-cv-00520-RCJ-CLB

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the Court's Order (ECF No. 132), Judgment is hereby entered in favor of Plaintiff Douglas Coder & Linda Coder Family LLLP and against Defendants RNO Exhibitions LLC and Vincent Webb. Douglas Coder & Linda Coder Family LLLP is entitled to $690,852.35 in damages.

Date: 09/12/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*